

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00821-CR

The **STATE** of Texas,
Appellant

v.

Dai'Vonte E'Shaun Titus **ROSS**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 519657
The Honorable Robert Behrens, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED.

SIGNED August 2, 2017.

_____
Irene Rios, Justice